UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOISES BARRAGAN,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00453-LRH-CBC<br><br>ORDER |

Pending before the court are three motions filed by the petitioner asking for additional time to file his second amended petition. ECF Nos. 13/14/15. All three motions were unopposed by the respondents. In addition, the second amended petition was filed within the deadline requested in the third motion. ECF No. 16. Finding good cause, the court GRANTS the motions *nunc pro tunc* as of their respective filing dates.

IT IS SO ORDERED.

DATED this 12th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE